UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID LEWIS,

        Petitioner,                                 Case No.  1:10-CV-917

v.                                             HON. GORDON J. QUIST

STEVEN RIVARD,

        Respondent.

_____/

### ORDER ADOPTING
### REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation by the United States Magistrate Judge in this action, which was served on Petitioner on August 9, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 8, 2013 (dkt. # 22), is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

        This case is **concluded**.

Dated:  September 4, 2013                 _____/s/ Gordon J. Quist_____
                                      GORDON J. QUIST
                             UNITED STATES DISTRICT JUDGE